**Order entered November 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01299-CV

**CITY OF DALLAS, Appellant**

**V.**

**VERNELL KENNEDY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-13078**

## ORDER

Before the Court is the November 3, 2019 request of Deputy Court Reporter Terri Etekochay for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **November 8, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Tina Thompson, Official Court Reporter for the 134th Judicial District Court; Ms. Etekochay; and all parties.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE